```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ELLISON GOBLE,<br><br>        Petitioner,<br><br>v.<br><br>RICHARD B. IVES, Warden,<br><br>        Respondent(s). | CASE NO. 2:11-cv-00008-JAM-EFB (HC)<br><br>APPLICATION AND ORDER TO SEAL PSR |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

    I, MARK J. McKEON, Assistant United States Attorney for the Eastern District of California, apply to this Court and respectfully represent:

    1.   That I have presented to this Court the Respondent's Response to Goble's Petition Under 28 U.S.C. § 2241, along with a declaration and exhibits to the declaration.

    2.   Today my office submitted to the Court directly, via electronic mailing, a copy of the Petitioner's Presentence Investigation Report (PSR), as Attachment 3 to the Declaration of Alan Ray.

3.   The PSR should be filed under seal, under the rules of this Court.

THEREFORE, the undersigned requests that attachment 3 to the Declaration of Alan Ray be sealed pursuant to Rule 460(a) of the Local Rules.

                                                BENJAMIN B. WAGNER  
                                                United States Attorney

DATED: July 9, 2012                By   /s/ Mark J. McKeon  
                                                MARK J. McKEON  
                                                Assistant U.S. Attorney

**O R D E R**

The Court hereby orders that the Petitioner's PSR, filed as Attachment 3 to the Declaration of Alan Ray, in the above-referenced case, shall be sealed until further order of the Court.

DATED: July 11, 2012

_/s/ Edmund F. Brennan_  
EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE