```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ELLISON GOBLE, | CASE NO. 2:11-cv-00008-JAM-EFB (HC) |
| Petitioner, | |
| v. | APPLICATION AND ORDER TO SEAL PSR |
| RICHARD B. IVES, Warden, | |
| Respondent(s). | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

I, MARK J. McKEON, Assistant United States Attorney for the Eastern District of California, apply to this Court and respectfully represent:

1.   That I have presented to this Court the Respondent's Response to Goble's Petition Under 28 U.S.C. § 2241, along with a declaration and exhibits to the declaration.

2.   Today my office submitted to the Court directly, via electronic mailing, a copy of the Petitioner's Presentence Investigation Report (PSR), as Attachment 3 to the Declaration of Alan Ray.

3.  The PSR should be filed under seal, under the rules of this Court.

THEREFORE, the undersigned requests that attachment 3 to the Declaration of Alan Ray be sealed pursuant to Rule 460(a) of the Local Rules.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: July 9, 2012          By     /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney
```

**O R D E R**

The Court hereby orders that the Petitioner's PSR, filed as Attachment 3 to the Declaration of Alan Ray, in the above-referenced case, shall be sealed until further order of the Court.

DATED: July 11, 2012

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE